IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAILAUTUSI MOEVAO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY,<br>Acting Warden,<br><br>　　　　Respondent.<br>_____ | No. C 05-2125 CW (PR)<br><br>ORDER (1) REOPENING CASE;<br>(2) LIFTING STAY; AND<br>(3) ISSUING SECOND ORDER TO<br>SHOW CAUSE |

This is a habeas case filed pro se by a state prisoner. In Petitioner's original petition, he raised only the claims which he exhausted on direct appeal and sought a stay of the petition pursuant to Pace v. DiGuglielmo, 125 S. Ct. 1807, 1813-14 (2005), under which a prisoner may file a protective petition in federal court and ask the court to stay federal habeas proceedings until all state remedies are exhausted.

On December 1, 2005, the Court granted his request, stayed the case, and administratively closed it.

Petitioner has informed the Court that he has completed exhaustion by filing an amended petition with his newly-exhausted claims. The petition is an amendment as of right. Accordingly, his implied motion to lift the stay and reopen the case is GRANTED.

It does not appear from the face of the amended petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

1. Petitioner's implied motion to lift the stay and reopen the case is GRANTED. The Clerk of the Court shall reopen this

case and lift the stay entered on December 1, 2005.

2. The Clerk shall mark the amended petition as filed on August 8, 2006, the date it was received.

3. The Clerk of the Court shall serve a copy of this Order and the amended petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.

4. Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

5. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision thirty (30) days after the date Petitioner is served with Respondent's Answer.

6. Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve

on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any opposition.

    7. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

    8. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadline sought to be extended.

IT IS SO ORDERED.

DATED: 12/19/07

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOEVAO,

    Plaintiff,

v.

CURRY, et al,

    Defendant.

Case Number: CV05-02125 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Failautusi Moevao T-08134
Correctional Training Facility
RA-235
P.O. Box 705
Soledad, CA 93960

Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Ben Curry, Warden (A)
Correctional Training Facility
Highway 101 North *
P.O. Box 686
Soledad, CA 93960-0686

Dated: December 19, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.05\Moevao2125.ReOPEN&OSC.frm     4