IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **FAILAUTUSI MOEVAO,,**<br><br>                              Petitioner,<br><br>         v.<br><br>**BEN CURRY,  Acting Warden,**<br><br>                              Respondent. | C 05-2125 CW (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may file a memorandum of points and authorities thirty-four pages or less in support of its answer to the petition for writ of habeas corpus.

Dated: _____8/28/08_____        _____*Claudia Wilken*_____
                                                                            The Honorable Claudia Wilken